THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WILLIAM McNAMARA, Appellant.

(Argued April 26, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Supreme Court, rendered June 7, 1916, at a Trial Term for the county of

Westchester, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James F. Dalton* for appellant.

*Lee Parsons Davis,* District Attorney (*Thomas A. McKennell* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.